## Case No. 7,252.

Case of JEFFERSON DAVIS.

[See Case No. 3,621a.]

## Case No. 7,253.

In re JEFFERSON INS. CO.

[2 Hughes,[1] (1877). 255; 11 N. B. R. 287.]

District Court, E. D. Virginia.

THE COURT (HUGHES, District Judge), held that after this lapse of time it would presume that the stockholders had regularly authorized the petition in bankruptcy to be filed; and on the authority of the United States supreme court, in Zabriskie v. Cleve-

land, 23 How. [64 U. S.] 398, and of the district court of Maryland, in the Matter of Baltimore County Dairy Association [Case No. 828], it further held that a stockholder who had remained silent for more than four years would not be heard to impeach the validity of the proceedings in bankruptcy. It was ordered, therefore, that the petition of James D. Jones, stockholder, be dismissed with costs; but that the stockholders have leave to take proper proceedings in this court for adjudicating their mutual rights and obligations touching the contributions required in settlement of the affairs of the bankrupt company.

## Case No. 7,253a.

JEFFREY v. SCHLASINGER et al.

[Hempst. 12.] [1]

Superior Court, Territory of Arkansas. April, 1822.

OPINION OF THE COURT. This is a case brought here by [Jesse Jeffrey, on] appeal, and the following errors are assigned: 1. "The appellees [Schlasinger and Gillett] offered in evidence their original book of entries, having previously proved they were regular merchants and kept a correct book of entries as such. and that the book was in their handwriting. and the court permitted the book to be read in evidence to the jury." We cannot but look upon a proceeding of this character as fraught with the most dangerous consequences, and as tending to encourage fraud and imposition, in the highest degree. 3 Bl. Comm. 368; Owens v. Adams [Case No. 10,633]. It is also unprecedented except in states where allowed by statute, and is then generally limited to small amounts. We are of opinion that it was error to admit such testimony.[2] 2. "The court

---

[1] [Reported by Hon. Robert W. Hughes. District Judge, and here reprinted by permission.]

[1] [Reported by Samuel H. Hempstead, Esq.]

[2] By the common law of England, shop books are not allowed of themselves to be given in evidence for the owner. But a clerk or servant who made the original entries may have recourse to them to refresh his memory, as to other written memoranda made at the time of the transaction. If the clerk or servant who made the entries be dead, the books may be admitted in evidence to show delivery of the articles on